1   DANIEL J. BRODERICK, Bar #89424
Federal Defender
2   DOUGLAS BEEVERS, USVI Bar #766
Staff Attorney
3   Designated Counsel for Service
2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6   HERIBERTO BARAJAS-TRUJILLO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )
                                     )   No. 1:07-mj-00146 DLB
12              Plaintiff,            )
                                     )   STIPULATION TO CONTINUE STATUS
13        v.                          )   CONFERENCE; ORDER
                                     )
14   HERIBERTO BARAJAS-TRUJILLO,      )
                                     )   Date:  March 27, 2008
15              Defendant.            )   Time:  10:00 a.m.
     _____ )   Judge: Honorable Sandra M. Snyder
16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in

18   the above-entitled matter now set for February 28, 2008 before Judge Snyder, **may be continued to**

19   **March 27, 2008, at 10:00 a.m. before Judge Austin.**

20        This continuance is requested by counsel for defendant because counsel is taking the California

21   Bar Examination on February 28, 2008.

22   ///

23   ///

24   ///

25   ///

26

27

28   Castro - Stipulation to Continue Status Conference

1

McGREGOR W. SCOTT
United States Attorney

2

3   DATED: January 18, 2008                    By:   /s/   Mary Steffora
                                                     MARY STEFFORA
4                                                    Certified Law Student
                                                     Attorney for Plaintiff
5

6

7                                                    DANIEL J. BRODERICK
                                                     Federal Defender
8

9   DATED: January 18, 2008                    By:    /s Douglas Beevers
                                                     DOUGLAS BEEVERS
10                                                   Staff Attorney
                                                     Attorney for Defendant
11                                                   HERIBERTO BARAJAS-TRUJILLO

12

13

14                              **ORDER**

15

16

   IT IS SO ORDERED.
17
   **Dated:   February 28, 2008**                    /s/ Sandra M. Snyder
18                                                   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28